IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. **3:25-409** |
| | ) | 18 U.S.C. § 871 |
| v. | ) | |
| | ) | |
| | ) | |
| **TRAVIS KEITH LANG** | ) | **SEALED INDICTMENT** |

## COUNT 1

THE GRAND JURY CHARGES:

On or about February 17, 2025, in the District of South Carolina, the defendant, **TRAVIS KEITH LANG,** did knowingly and willfully make a threat to take the life of, to kidnap, and to inflict bodily harm upon the President of the United States, specifically, that the defendant, **TRAVIS KEITH LANG**, would kill Donald Trump;

In violation of Title 18, United States Code, Section 871.

A    True                              BILL

████████████████████████

FOREPERSON

BROOK B. ANDREWS
ACTING UNITED STATES ATTORNEY

BY: _Scott Matthews_

J. Scott Matthews (# 13779)
Assistant U.S. Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Telephone: (803) 929-3000
Facsimile: (803) 254-2912
Email: Jonathan.Matthews2@usdoj.gov