IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| UNITED STATES OF AMERICA | ) | CR. NO. 3:25-CR-409 |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | NOTICE OF ATTORNEY |
| TRAVIS KEITH LANG | ) | APPEARANCE |
| | ) | |
| _____ | ) | |

I, Nate P. Brady, hereby notify this Honorable Court that I will appear on behalf of the Office of the Federal Public Defender on the above-named case until further notice.

    Respectfully submitted,

    s/Nate P. Brady_____
    Assistant Federal Public Defender
    1901 Assembly Street, Suite 200
    Columbia, South Carolina, 29201
    Email address: nate_brady@fd.org
    ATTORNEY ID#14402

Columbia, South Carolina
February 3, 2025