UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:25-cr-409-CMC |
| | ) | |
| | ) | 18 U.S.C. § 871 |
| v. | ) | |
| | ) | |
| | ) | |
| TRAVIS KEITH LANG | ) | **SUPERSEDING INDICTMENT** |

COUNT 1

THE GRAND JURY CHARGES:

On or about February 17, 2025, in the District of South Carolina, the defendant, **TRAVIS KEITH LANG,** did knowingly and willfully make a threat to take the life of, to kidnap, and to inflict bodily harm upon the President of the United States, specifically, in a message sent to his son via the Facebook Messenger application, the defendant, **TRAVIS KEITH LANG**, stated "I have been provoked, tortured, extorted, and coerced to kill myself or Donald Trump. I do hope that the money was worth it!";

In violation of Title 18, United States Code, Section 871.

MAY 13 2025 PM 4:49
RCV'D - USDC G'VILLE SC

1

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

On or about April 20, 2021, in the District of South Carolina, the defendant, **TRAVIS KEITH LANG,** did knowingly and willfully make a threat to take the life of, to kidnap, and to inflict bodily harm upon the President of the United States, specifically, in a message posted on his Twitter account, the defendant, **TRAVIS KEITH LANG**, stated "President Joe Biden, does your administration run counter to issue at hand. So shall I. Title 18 Section 871. My sacrifice of humility for country, her people, and Constitution is what we are best know for. I am going to kill you given the opportunity.";

In violation of Title 18, United States Code, Section 871.

A _True_ Bill

FOREPERSON

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: _Scott Matthews_
J. Scott Matthews (# 13779)
Assistant U.S. Attorney
1441 Main Street, Suite 500
Columbia, SC 29201
Tel: 803-343-3163
Fax: 803-254-2912
Jonathan.Matthews2@usdoj.gov

2