IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:25-CR-409-CMC |
| | ) | |
| v. | ) | NOTICE OF APPEAL |
| | ) | |
| TRAVIS KEITH LANG, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Notice is hereby given that Travis Keith Lang, the defendant named above, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Sealed Order entered in this action by the Honorable Cameron McGowan Currie, Senior United States District Judge, on the 8th day of September, 2026. *See* ECF No. 104.

s/ Jeremy A. Thompson
Jeremy A. Thompson (#10342)
Assistant Federal Public Defender
Office of the Federal Public Defender
1901 Assembly Street, Suite 200
Columbia, SC 29201
803-765-5077
Jeremy_Thompson@fd.org
ATTORNEY FOR THE DEFENDANT

This 14th day of September, 2026.