**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 3:25-CR-409-CMC** |
| | ) | |
| **v.** | ) | **NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCE** |
| | ) | |
| **TRAVIS KEITH LANG,** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |

Undersigned counsel for defendant respectfully requests protection from court appearances on November 2, 2026, for a preplanned engagement. At this time counsel has no scheduled court appearances on this date.

Respectfully submitted,

s/Jeremy A. Thompson

Jeremy A. Thompson (#10344)
Assistant Federal Public Defender
Office of the Federal Public Defender
1901 Assembly Street, Suite 200
Columbia, SC 29201
803-765-5077
Jeremy_Thompson@fd.org
ATTORNEY FOR THE DEFENDANT

Columbia, South Carolina
September 25, 2026